# Supreme Court of Kentucky

2021-SC-0539-MR

JOSEPH F. SMITH                                                                    APPELLANT

ON APPEAL FROM MARION CIRCUIT COURT
v.          HONORABLE SAMUEL TODD SPALDING, JUDGE
NO. 19-CR-00259

COMMONWEALTH OF KENTUCKY                                        APPELLEE

## ORDER DENYING PETITION FOR REHEARING

The Petition for Rehearing, filed by the Appellant, of the Opinion of the Court, rendered June 15, 2023, is DENIED.

All sitting. All concur.

ENTERED: December 14, 2023.

_____
CHIEF JUSTICE